## CRIMINAL COVERSHEET

|  |  |
|---|---|
| | CASE INFORMATION:<br>Malicious Destruction of Government Property by Fire<br><br>Malicious Destruction of Property Used or Affecting Interstate or Foreign Commerce |
| DEFENDANT'S NAME:  **Sarah Elizabeth George** | |
| JUVENILE: | RELATED COMPLAINT: |
| PUBLIC or SEALED  Public | CASE NUMBER:  1:26-mj-00044-DKG |
| SERVICE TYPE: | |
| (Summons/ Warrant/ Notice)  Warrant | |
| ISSUE:  Yes | County of Offense:  Ada |
| INTERPRETER:  No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

Felony: _____**Yes**_____          Class A Misdemeanor: _____

_____          Class B or C Misdemeanor: _____
                                    (Petty Offense)

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 844(f)(1)** | **ONE** | **Malicious Destruction of Government Property by Fire** | **A term of imprisonment of not less than 5 years and not more than 20 years; a fine up to $250,000; up to 3 years of supervised release; and/or a $100 Special Assessment** |
| **18 U.S.C. § 844(i)** | **TWO** | **Malicious Destruction of Property Used or Affecting Interstate or Foreign Commerce** | **A term of imprisonment of not less than 5 years and not more than 20 years; a fine up to $250,000; up to 3 years of supervised release; and/or a $100 Special Assessment** |

Date:    February 23, 2026          Assistant U.S. Attorney:  **DAVID G. ROBINS & FRANCIS J. ZEBARI**

_____          Telephone No.: _____