AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America<br>v.<br>Sarah Elizabeth George<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:26-mj-00044-DKG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sarah Elizabeth George ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(f)(1) Malicious Destruction of Government Property by Fire
18 U.S.C. § 844(i)    Malicious Destruction of Property Used or Affecting Interstate or Foreign Commerce

Date: 02/23/2026

*Issuing officer's signature*

City and state: Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/23/26 , and the person was arrested on *(date)* 2/23/26
at *(city and state)* Boise, Idaho .

Date: 2/23/2026

J. Jordan #247
*Arresting officer's signature*

J. JORDAN #247
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Sarah Elizabeth George
Known aliases:
Last known residence: 3554 South Five Mile Road, Boise, Idaho 83709
Prior addresses to which defendant/offender may still have ties: 7671 West Iron Court, Boise, Idaho 83704

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 01/27/1983
Social Security number: 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
Height: 66 inches    Weight: 250 lbs
Sex: Female          Race:
Hair: Brown          Eyes: Blue
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: